**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| **JUANITA SALINAS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | |
| | § | **CIVIL ACTION NO. 7:23-CV-373** |
| **ALLSTATE VEHICLE and PROPERTY** | § | |
| **INSURANCE COMPANY,** | § | |
| *Defendant.* | § | |

**RULE 29 AGREEMENT
RE: EXPERT DESIGNATION DEADLINE**

TO THE HONORABLE JUDGE OF SAID COURT:

The Plaintiff, by and through undersigned counsel, and the Defendant agree to a Rule 29 extending the deadline for the disclosure of Plaintiff and Defendant's expert witnesses by two weeks. In support of this motion, the Plaintiff states as follows:

**1. CURRENT DEADLINE**

The current deadline for Plaintiff to disclose expert witnesses is June 28, 2024. The current deadline for Defendant to disclose expert witnesses is July 31, 2024. These deadlines were established pursuant to the Court's scheduling order dated January 12, 2024.

**2. REASON FOR EXTENSION**

There are several compelling reasons for the requested extension:

**a. Complexity of the Case**: This case involves intricate factual and legal issues that necessitate extensive analysis by expert witnesses. The complexity has required additional time to ensure comprehensive and accurate expert evaluations.

**b. Scheduling Conflicts**: Key expert witnesses have encountered scheduling conflicts that have impeded their ability to complete their reports within the current timeframe.

---

**c. Ongoing Discovery**: Discovery in this case is still ongoing, and several depositions and document productions are scheduled to take place in the coming weeks. The outcome of these discovery activities is critical to the formulation of the expert reports.

### 3. PROPOSED NEW DEADLINE

Plaintiff and Defendant proposes that the deadline for disclosing expert witnesses be extended by two weeks, moving the new deadline for Plaintiff to July 12, 2024 and the new deadline for Defendant to August 14, 2024. This extension will provide the necessary time to complete and review expert reports, ensuring they are thorough and reliable.

### 4. NO PREJUDICE TO DEFENDANT

Granting this extension will not prejudice the Defendant, or cause undue delay in the proceedings. The Plaintiff has communicated this request to the Defendant, and both parties have agreed to the extension.

### 5. INTEREST OF JUSTICE

Granting the requested extension serves the interests of justice for several reasons:

**a. Comprehensive Expert Analysis**: Allowing additional time for expert disclosures ensures that the experts' analyses and reports are comprehensive and accurate. This will aid the Court and the jury in understanding the complex issues at hand.

**b. Efficient Resolution**: A well-prepared and thoroughly vetted expert report can streamline the trial process by clarifying key issues and potentially facilitating settlements or stipulations.

**c. Fairness to All Parties**: Providing adequate time for expert disclosures ensures that both parties have the opportunity to present their cases fully and fairly. This contributes to the integrity of the judicial process.

Please allow this to serve as a Rule 29 agreement as follows:

Plaintiff and Defendant agree to the request for a two-week extension for the designation of expert witnesses. This extension will allow both parties adequate time to prepare and submit comprehensive expert reports. Consequently, the new deadline for the disclosure of Plaintiff's expert witnesses will be July 12, 2024 and the Defendant's expert witnesses will be August 14, 2024.

Respectfully,
**PALKER LAW FIRM, PLLC**

*/s/ Victor J. Gonzalez Jr.*
Victor J. Gonzalez Jr.

*/s/ Nicholas Smith (signed with permission)*
Nicholas Smith
Thompson Coe
Authorized Representative of Allstate